UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X  **Docket No.: 1:2015-MJ-01017**
UNITED STATES OF AMERICA

    -against-

                                 **NOTICE OF APPEARANCE**

NADEEM MEHMOOD QURAISHI,

    Defendant.

---------------------------------------------------X

    Please be advised that Mark A. Macron, Esq. represents the defendant NADEEM MEHMOOD QURAISHI in the above action. Kindly forward all communications to my attention.

                                                  _____
                                                  MARK A. MACRON
                                                  Attorney for the defendant
                                                  491 Bard Avenue
                                                  Staten Island, New York 10310
                                                  T: (718) 889-3582
                                                  F: (718) 889-3584
                                                  C: (917) 816-3925
                                                  mark@macronesq.com

To:    Office of the United States Attorney
        Eastern District of New York
        271 Cadman Plaza East
        Brooklyn, New York 11201
        (718) 254-7000