

# Mark A. Macron

**Attorney at Law**

491 Bard Avenue
Staten Island, NY 10310
T: 718-889-3582
F: 718-889-3584
mark@macronesq.com

_**Correspondence Via Facsimile**_

January 28, 2016

Judge Carol Bagley Amon
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:    USA v Quraishi**
> **15 CR 598 (CBA)**

Dear Judge Amon:

Yesterday, you scheduled the above matter for telephone conference tomorrow morning due to defendant's hospitalization. I have since learned that defendant has been released from the hospital. Unfortunately, I have not had an opportunity to review the plea offer received two days ago from the US Attorney with the defendant. In light of this situation does the Court wish to proceed with the scheduled telephone conference or have the parties appear at Court tomorrow morning.

Respectfully submitted,

_/s/**Mark A. Macron**_

Mark A. Macron

cc:    Nomi D. Berenson, AUSA